UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Taz Ta'von Hammond, Appellant

v.

State of Nevada, et al., Appellees

Appeal No. 24-6281

Originating Case No. 2:24-cv-00310-JAD-EJY (D. Nev.)

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUL 22 2025

FILED _____
DOCKETED _____
DATE          INITIAL

NOTICE OF VOLUNTARY DISMISSAL OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b), Appellant Taz Ta'von Hammond hereby voluntarily dismisses the above-captioned appeal.

Respectfully submitted,

Dated: July 17, 2025

/s/ Taz Ta'von Hammond

Taz Ta'von Hammond

CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2025, a true and correct copy of the foregoing Notice of Voluntary Dismissal of Appeal was served on all parties via CM/ECF (or U.S. Mail if not registered for electronic filing).

/s/ Taz Ta'von Hammond