UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 13 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TAZ TA'VON HAMMOND,<br><br>      Plaintiff - Appellant,<br><br> v.<br><br>STATE OF NEVADA and TYLER TOMASEK, Officer, Nevada State Police,<br><br>      Defendants - Appellees. | No. 24-6281<br><br>D.C. No. 2:24-cv-00310-JAD-EJY<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

The motion (Docket Entry No. 12) for voluntary dismissal is granted. *See* Fed. R. App. P. 42(b).

This case is dismissed.

This order serves as the mandate of the court.

                                FOR THE COURT:

                                MOLLY C. DWYER
                                CLERK OF COURT